IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH GRANTHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04CV914-F |
| | ) | [WO] |
| CONTINENTAL ASSURANCE CO., | ) | |
| A.K.A. CNA COMPANIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the plaintiff's Motion For Leave To File a Supplement and Reply, filed on 20 January 2006 (Doc. # 76) is GRANTED. The plaintiff shall file her Supplement and Reply on or before 24 January 2006. Pleadings filed after this date will not be considered in the resolution of the pending motion.

DONE this 24th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE